IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

                        Plaintiff,

-vs-                                    Civil No. 5:13-CV-266
                                            (GTS/ATB)

One 2005 Maserati, VIN:
ZAMCE39A950019032,

                        Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT IN A CIVIL CASE

**WHEREAS**, by virtue of the Order Directing Entry of an Uncontested Judgment of Forfeiture which was filed with the United States District Court Clerk's Office for the Northern District of New York on ___June 5, 2013___, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the defendant vehicle is hereby forfeited to the United States of America to be disposed of in accordance with law.

___6/5/13___                                                       _[signature]_
Date                                                          Clerk

                                                          ___Lawrence K. Baerman___
                                                         (By) Deputy Clerk